IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINNIE SHARPER, JR.,<br><br>    Petitioner,<br><br>  vs.<br><br>ROBERT AYERS, Warden,<br><br>    Respondent. | No. C 07-0351 JSW (PR)<br><br>**ORDER REGARDING PENDING MOTIONS**<br><br>(Docket Nos. 10, 11) |

    Petitioner, a prisoner of the State of California, currently incarcerated at the San Quentin State Prison in San Quentin, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state sentence on a probation revocation. On November 20, 2007, Respondent filed an answer to the petition and filed a notice of lodging of exhibits with the Court. Petitioner now files two motions seeking an extension of time in which to file a traverse and a copy of the record, which this Court has previously ordered Respondent to provide to Petitioner (docket nos. 10, 11). Petitioner's motions are GRANTED (docket nos. 10, 11). Respondent shall serve on Petitioner, within **fifteen (15) days** of the issuance of this order a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition, which have been previously lodged with this Court. Petitioner shall file a traverse within **sixty (60) days** from the date of this order.

    IT IS SO ORDERED.

DATED: January 8, 2008

                                                   JEFFREY S. WHITE<br>                                                 United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

VINNIE SHARPER JR,

        Plaintiff,

  v.

ROBERT AYERS et al,

        Defendant.
                                /

Case Number: CV07-00351 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rene Antonio Chacon
Attorney at Law
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Vinnie Sharper
V13802
San Quentin State Prison
FH002L
San Quentin, CA 94974

Dated: January 8, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk